UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN LAWRENCE HENDRICKSON,

    Petitioner,

v.

ALICE PAYNE,

    Respondent.

Case No.  C06-5331 RBL/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 3rd day of July, 2006.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1