1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11    KEVIN LAWRENCE HENDRICKSON,                Case No.  C06-5331 RBL/KLS
12                        Petitioner,
                                                 ORDER TO SHOW CAUSE WHY
13              v.                                THIS ACTION SHOULD NOT BE
                                                 DISMISSED
14    ALICE PAYNE,
15                        Respondent.
16

17        The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.

18    This case has been referred to Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. §§ 636

19    (b) (1) Local MJR 3 and 4.

20        Petitioner seeks to challenge a February 2006 conviction and sentence.  (*See* proposed Habeas

21    Petition, Dkt. # 1).  Petitioner states that he has filed an appeal with the Washington State Supreme Court

22    and is awaiting a final decision on that appeal.

23        There is an exhaustion requirement in federal court for habeas actions.  In order to satisfy the

24    exhaustion requirement, petitioner's claims must have been fairly presented to the state's highest court.

25    Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir. 1985).  A

26    federal habeas petitioner must provide the state courts with a fair opportunity to correct alleged violations

27    of prisoners' federal rights.  Duncan v. Henry, --- U.S. ---, 115 S.Ct. 887, 888 (1995).  It is not enough

28    that all the facts necessary to support the federal claim were before the state courts or that a somewhat

ORDER
Page - 1

1   similar state law claim was made.  Id, *citing* Picard v. Connor, 404 U.S. 270 (1971) and Anderson v.

2   Harless, 459 U.S. 4 (1982).  Thus, petitioner's claim before this court at this time appears unexhausted.

3          2.  Accordingly, petitioner shall show cause why this petition should not be dismissed.  A response

4   is due by **July 21, 2006.**  If petitioner fails to file a response or the response shows the petition cannot go

5   forward the court will enter a report and recommendation that the petition be dismissed.

6          3.  The Court Clerk is directed to send a copy of this Order to petitioner.

7

8          DATED this 3rd day of July, 2006.

9

10

11                                              Karen L. Strombom
                                                United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2